UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FILED / RECEIVED
ENTERED / SERVED ON
COUNSEL/PARTIES OF RECORD

APR - 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

IN THE MATTER OF THE PARTIAL
REPORTS OF THE SPECIAL GRAND JURY
THE  May 05, 2016  TERM. 16-1

**MINUTES OF COURT**
DATE: April 4, 2017 @ 1:24 PM – 1:26 PM

PRESENT: The Honorable  Peggy A. Leen , U.S. Magistrate Judge.

DEPUTY CLERK:  Araceli Bareng    REPORTER: Bonnie Terry

UNITED STATES ATTORNEY: Tony Lopez   COURTROOM: 3B

A roll call of the Grand Jury is taken with **21** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There are **3** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants issue where indicated.

| | | |
|---|---|---|
| **2:17-cr-102** | **1 SEALED DEFENDANT** | **WARRANT** |
| **2:17-cr-103** | **3 SEALED DEFENDANT**<br>**3 WRITS** | **WARRANTS** |
| **2:17-cr-104** | **1 SEALED DEFENDANT** | **WARRANT** |
| **2:17-cr-105**<br>2:16-mj-621 | **RANDALL LITTLE** | **LOCAL FEDERAL CUSTODY** |

**IT IS ORDERED** that the Initial Appearance/Arraignment & Plea as to : **2:17-CR-103;** and Arraignment and Plea as to **2:17-CR-105** will be held on **Wednesday, April 12, 2017 @ 3:00 pm** before **MAGISTRATE JUDGE CAM FERENBACH in Courtroom 3D**.

The Arraignment and Plea as to this case will be held at the time of the Initial Appearance.

DEBRA KEMPI, Clerk
United States District Court

/S/ Araceli Bareng

Deputy Clerk