# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

CASTRO ET AL,

          Defendant.

Case No. 2:17-cr-00103-KJD-PAL

<u>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER</u>

## <u>FINDINGS OF FACT</u>

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.    Counsel for defendants needs additional time to research, prepare, and determine whether to file pretrial motions.

2.    The defendants are incarcerated and do not object to the continuance.

3.    The parties agree to the continuance.

4.    The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to complete research and prepare pretrial motions for filing and to thoroughly prepare for trial in this matter.

5.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

## <u>CONCLUSIONS OF LAW</u>

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the

opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excusable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

## **ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including August 6, 2018, to file any and all pretrial motions and notices of defense.

IT IS FURTHER ORDERED that they shall have to and including August 20, 2018, to file any and all responsive pleadings.

IT IS FURTHER ORDERED that they shall have to and including August 27, 2018, to file any and all replies to dispositive motions.

DATED this  1st  day of  August  , 2018.

_____

UNITED STATES DISTRICT JUDGE

4