DAYLE ELIESON
United States Attorney
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar No. 12940
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Christopher.Burton4@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>                    vs.<br><br>NICHOLAS BRODIGAN<br>VICTORIA COMMISSO,<br><br>                    Defendants. | Case No. 2:17-cr-00103-KJD-PAL<br><br>Stipulation to Continue Pretrial Response and Reply Deadlines (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE ELIESON, United States Attorney, and CHRISTOPHER BURTON, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Defendant NICHOLAS BRODIGAN, and Jennifer Waldo, Esq., counsel for Defendant VICTORIA COMMISSO, that the deadline currently scheduled for the filing of any responses to pretrial motions (August 20, 2018) be vacated and the parties herein shall have to and including August 27, 2018, within which to file any responses to pretrial motions.

1

IT IS FURTHER STIPULATED AND AGREED, that the parties herein shall have to and including September 3, 2018, to file any and all replies to dispositive motions.

This stipulation is entered into for the following reasons:

1. Counsel for the Government has been in a jury trial during the week of August 13, 2018, and therefore needs additional time to review the filed motions and prepare substantive responses.

2. The parties agree to the continuance.

3. The defendants are currently detained pending trial but do not object to a continuance of the deadlines for responses and replies.

4. The additional time requested herein is not sought for purposes of delay, but to allow counsel for Government and defendants sufficient time within which to be able to effective and completely research and prepare pleadings related to multiple pretrial motions that have been filed.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

///

///

///

///

///

///

///

6. This is the <u>first</u> stipulation to continue the pretrial response and reply deadline.

DATED this 20th day of August, 2018.

Respectfully submitted,

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender<br>By: //s//<br>NISHA BROOKS-WHITTINGTON<br>Counsel for Defendant<br>NICHOLAS BRODIGAN | DAYLE ELIESON<br>United States Attorney<br>By: //s//<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

By: //s//
JENNIFER WALDO
Counsel for Defendant
VICTORIA COMMISSO

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS BRODIGAN<br>VICTORIA COMMISSO,<br><br>Defendant. | 2:17-cr-00103-KJD-PAL<br><br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the Government has been in a jury trial during the week of August 13, 2018, and therefore needs additional time to review the filed motions and prepare substantive responses.

2. The parties agree to the continuance.

3. The defendants are currently detained pending trial but do not object to a continuance of the deadlines for responses and replies.

4. The additional time requested herein is not sought for purposes of delay, but to allow counsel for Government and defendants sufficient time within which to be able to effective and completely research and prepare pleadings related to multiple pretrial motions that have been filed.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the <u>first</u> stipulation to continue the pretrial response and reply deadline.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the deadlines for the response and replies to pretrial motions.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare pleadings for dispositive motions, taking into account the exercise of due diligence.

**ORDER**

IT IS THEREFORE ORDERED, that the parties herein shall have to and including August 27, 2018 to file any and all responsive pleadings to dispositive motions.

IT IS FURTHER ORDERED, that the parties herein shall have to and including September 3, 2018, to file any and all replies to dispositive motions.

DATED this 21st day of August, 2018.

_____
The Honorable Peggy A. Leen
United States Magistrate Judge