UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>v.<br>NICHOLAS BRODIGAN,<br><br>                      Defendant. | Case No. 2:17-cr-00103-KJD-PAL<br><br>ORDER<br><br>(Stip Ext Time – ECF No. 110) |

Before the court is the parties' Stipulation to Continue Reply Deadline to Government's Responses (ECF Nos. 105, 107) to Motion to Dismiss (ECF No. 98) and Motion to Suppress (ECF No. 99) (ECF No. 110). The stipulation requests to extend the reply deadline currently set for September 2, 2018, to September 25, 2018. Trial in this matter is currently set for October 29, 2018. It has been continued 4 times and there is no stipulation to continue the trial date to allow sufficient time to decide these motions if the parties are unable to reach a resolution. Extending the reply deadlines as the parties propose will not give the court sufficient time to prepare a report of findings and recommendation recommending disposition of the motions and give the non-prevailing party time to file objections before trial.

Accordingly,

**IT IS ORDERED** that the parties' Stipulation to Continue Reply Deadline to Government's Responses (ECF Nos. 105, 107) to Motion to Dismiss (ECF No. 98) and Motion to Suppress (ECF No. 99) (ECF No. 110) is **DENIED without prejudice**.

DATED this 12th day of September, 2018.

                                                                  _____
                                                                  PEGGY A. LEEN
                                                                UNITED STATES MAGISTRATE JUDGE