RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Nicholas Brodigan

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS BRODIGAN,<br><br>Defendant. | Case No. 2:17-cr-00103-KJD-PAL-2<br><br>**STIPULATION TO CONTINUE REPLY DEADLINE TO GOVERNMENT'S RESPONSES (ECF NOS. 105, 107) TO MOTION TO DISMISS (ECF NO. 98) AND MOTION TO SUPPRESS (ECF NO. 99)**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Nicholas Brodigan, that the reply deadline to the Government's Responses (ECF Nos. 105, 107) to Defendant's Motion to Dismiss (ECF No. 98) and Motion to Suppress (ECF No. 99) that was scheduled for Monday, September 3, 2018, be vacated and set to October 12, 2018.[1]

---

[1] The parties previously filed a stipulation requesting the reply deadline be continued for the same reasons asserted herein. ECF No. 110. However, the court denied that motion

This Stipulation is entered into for the following reasons:

1. The parties are actively engaged in negotiations which may render it unnecessary to file replies to the government's responses (ECF Nos. 108, 107) to Mr. Brodigan's Motion to Dismiss (ECF No. 98) and Motion to Suppress (ECF No. 99). Furthermore, counsel needs additional time to discuss the case and prepare replies to the government's responses to the pending Motion to Suppress and Motion to Dismiss should the parties not reach a negotiated resolution.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively prepare a reply.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request to continue the reply deadline dates filed herein.

DATED this 20th day of September, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Christopher Burton*<br>By_____<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

---

without prejudice explaining that there was no "stipulation [at that time] to continue the trial date" and "[e]xtending the reply deadlines as the parties propose will not give the court sufficient time to prepare a report of findings and recommendation recommending disposition of the motions and give the non-prevailing party time to file objections before trial." ECF No. 112. Since the denial of the prior stipulation (ECF No. 110), the parties have filed a stipulation to continue the trial date, which was granted. ECF Nos. 114, 117. The trial in this matter is currently scheduled for January 28, 2019 at 9 a.m before Judge Dawson. ECF No. 117.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS BRODIGAN,<br><br>Defendant. | Case No. 2:17-cr-00103-KJD-PAL-2<br><br>ORDER |

## ORDER

IT IS THEREFORE ORDERED that defense counsel's replies to the Government's Response (ECF No. 107) to Defendant's Motion to Suppress (ECF No. 99) and to the Government's Response (ECF No. 105) to Defendant's Motion to Dismiss (ECF No. 98) that were due on Monday, September 3, 2018, be vacated and continued to October 12, 2018.

DATED this 21st day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE