RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Nicholas Brodigan

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00103-KJD-PAL-2 |
| Plaintiff, | **STIPULATION TO CONTINUE REPLY DEADLINE TO GOVERNMENT'S RESPONSES (ECF NOS. 105, 107) TO MOTION TO DISMISS (ECF NO. 98) AND MOTION TO SUPPRESS (ECF NO. 99)** |
| v. | |
| NICHOLAS BRODIGAN, | |
| Defendant. | (Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Nicholas Brodigan, that the reply deadline to the Government's Responses (ECF Nos. 105, 107) to Defendant's Motion to Dismiss (ECF No. 98) and Motion to Suppress (ECF No. 99) that was scheduled for Friday, October 12, 2018, be vacated and set to October 29, 2018.

This Stipulation is entered into for the following reasons:

1.      The parties are actively engaged in negotiations which may render it unnecessary to file replies to the government's responses (ECF Nos. 108, 107) to

1  Mr. Brodigan's Motion to Dismiss (ECF No. 98) and Motion to Suppress (ECF No. 99).

2  Further, defense counsel will be out of the jurisdiction from October 17 through 20, 2018, and

3  needs additional time to discuss with her client how he wishes to proceed with his case.  Defense

4  counsel also needs time to prepare replies to the government's responses to the pending Motion

5  to Suppress and Motion to Dismiss should the parties not reach a negotiated resolution.

6          2.      The defendant is incarcerated and does not object to the continuance.

7          3.      The parties agree to the continuance.

8          4.      The additional time requested herein is not sought for purposes of delay, but

9  merely to allow counsel for defendant sufficient time within which to be able to effectively

10  prepare a reply.

11          5.      Additionally, denial of this request for continuance could result in a miscarriage

12  of justice.

13          This is the third request to continue the reply deadline dates filed herein.

14          DATED this 16th day of October, 2018.

15

16  RENE L. VALLADARES                      DAYLE ELIESON
    Federal Public Defender                 United States Attorney

17

18   */s/ Nisha Brooks-Whittington*              */s/ Christopher Burton*
    By_____    By_____

19  NISHA BROOKS-WHITTINGTON                 CHRISTOPHER BURTON
    Assistant Federal Public Defender        Assistant United States Attorney

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

NICHOLAS BRODIGAN,

      Defendant.

Case No. 2:17-cr-00103-KJD-PAL-2

ORDER

## **ORDER**

IT IS THEREFORE ORDERED that defense counsel's replies to the Government's Response (ECF No. 107) to Defendant's Motion to Suppress (ECF No. 99) and to the Government's Response (ECF No. 105) to Defendant's Motion to Dismiss (ECF No. 98) that were due on Friday, October 12, 2018, be vacated and continued to October 29, 2018.

IT IS FURTHER ORDERED that as this is the third request for an extension, the stipulation was not timely filed before the expiration of the deadline, and the trial date is January 28, 2019, NO FURTHER EXTENSIONS WILL BE ALLOWED.

DATED this 18th day of October, 2018.

UNITED STATES MAGISTRATE JUDGE