# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICHOLAS BRODIGAN,

    Defendant.

Case No. 2:17-cr-00103-KJD-PAL-2

ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore:

IT IS THEREFORE ORDERED that the defense shall have to and including Monday, February 11, 2019, to file any objections to the Report & Recommendation (R&R) (ECF No. 147).

IT IS FURTHER ORDERED that the government shall have to an including Monday, February 25, 2019 to file its response to the objections to the Report & Recommendation.

DATED this 29th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON

3