UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-0103-KJD-PAL |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| NICHOLAS BRODIGAN, | |
| Defendant. | |

Before the Court are two pending Reports and Recommendations, which contain the factual findings and recommendations of Magistrate Judge Peggy Leen. The first report (#141) recommends that the Court deny defendant Nicholas Brodigan's motion to dismiss counts three, five, and seven of the indictment (#98). Brodigan filed objections to the report and recommendation (#152), and the Government responded (#157). Also before the Court is the report and recommendation of Magistrate Judge Leen (#147), which recommends that this Court deny Brodigan's motion to suppress statements (#99). Again, Brodigan filed objections to the report (#147), and the Government responded (#153).

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that each Report and Recommendation (##141, 147) should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#141) entered December 17, 2018 is **ADOPTED** and **AFFIRMED**, and defendant Nicholas Brodigan's motion to dismiss counts three, five, and seven of the indictment (#98) is **DENIED**;

IT IS FURTHER ORDERED that the Magistrate Judge's Report and Recommendation (#147) entered January 14, 2019, is **ADOPTED** and **AFFIRMED**, and defendant Nicholas

Brodigan's motion to suppress statements (#99) is **DENIED**.

Dated this 24th day of April, 2019.

_____
Kent J. Dawson
United States District Judge