U.S. vs. Victoria Commisso et al.
2:17-CR-00103-KJD-PAL
<u>Restitution List</u>

| | |
|---|---|
| Home Depot<br>1401 South Lamb Blvd.<br>Las Vegas, NV 89104 | $229.00 |
| Home Depot<br>6025 South Pecos Road<br>Las Vegas, NV 89120 | $499.00 |
| **Total Restitution** | **$728.00\*** |

\*Joint and Several with co-defendants, Justin Castro and Nicholas Brodigan