Judge Dawson,

My name is Nicholas Brodigan and my Case No. is ~~2:17-cr-000~~ 2:17-cr-00103-KJD-VCF. I am writing to inform you that I do not have a conflict of interest with my Attorney Aarin Kevorkian. I filed a motion for a ruling on the 2255 ECF No. 213. I alleged that there was a conflict of interest in that motion. I am writing to let you know I would like Aarin Kevorkian to continue to represent me. Thank you for your time.

Respectfully,

Nicholas Brodigan

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 29 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
DEPUTY