RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
AARIN E. KEVORKIAN
Assistant Federal Public Defender
Nevada State Bar No. 14556
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Aarin_Kevorkian@fd.org

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Respondent/Appellee,<br><br>　v.<br><br>Nicholas Brodigan,<br><br>　　　　Petitioner/Appellant. | Case Nos. 2:17-cr-00103-KJD-VCF<br>　　　　　2:20-cv-01168-KJD<br><br>**Notice of Appeal** |

　　　　Notice is hereby given that Petitioner Nicholas Brodigan appeals to the United States Court of Appeals for the Ninth Circuit from the Order denying the motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 and denying a certificate of availability (ECF Nos. 215 (2:17-cr-00103-KJD-VCF), 4 (2:20-cv-01168-KJD)), and Judgment entered on July 10, 2023, (ECF Nos. 215-1 (2:17-cr-00103-KJD-VCF), 5 (2:20-cv-01168-KJD)).

　　　　Dated: September 8, 2023.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　RENE L. VALLADARES
　　　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　　By:　*/s/ Aarin E. Kevorkian*
　　　　　　　　　　　　　　　　　　AARIN E. KEVORKIAN
　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender

**Service Certificate**

I certify that, on September 8, 2023, I electronically filed this Notice of Appeal with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit through the CM/ECF system. Case participants registered to the CM/ECF system will be automatically served by the system. I also mailed this Notice of Appeal by First-Class Mail, postage pre-paid, or dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to: Mr. Nicholas Brodigan.

*/s/ Jeremy Kip*
Employee of the Federal Public Defender