RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
LAUREN BACCHUS TORRE
Assistant Federal Public Defender
Nevada State Bar No. 14631
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Lauren_Torre@fd.org

Attorney for Nicholas Brodigan

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00103-KJD-VCF |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| NICHOLAS BRODIGAN, | |
| Defendant. | |

Pursuant to the Court's order, notice is hereby given that Assistant Federal Public Defender Laren Bacchus Torre will serve as counsel for the above captioned defendant.

Counsel's address is as follows:

> Federal Public Defender
> 411 E. Bonneville Ave., Suite 250
> Las Vegas, Nevada 89101

DATED this 4th day of January, 2024.

RENE L. VALLADARES
Federal Public Defender

By: */s/ Lauren Bacchus Torre*
LAUREN BACCHUS TORRE
Assistant Federal Public Defender
Attorney for Nicholas Brodigan

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on January 4, 2024, he served an electronic copy of the above and foregoing **NOTICE OF APPEARANCE** by electronic service (ECF) to the person named below:

JASON M. FRIERSON
United States Attorney
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

*/s/ Jeremy Kip*
Employee of the Federal Public Defender